IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEFFREY E. COOK, an individual;

    Plaintiff,

vs.

ACELL, INC., Delaware corporation doing business in Nebraska;

    Defendant.

8:17CV174

ORDER

IT IS ORDERED that the parties' motion, (Filing No. 19), is granted in part and the final progression order is amended as follows:

1) The trial and pretrial conference settings are vacated.

2) The status conference currently set for May 15, 2018 at 10:00 a.m. **remains scheduled for that date and time**. During that conference, the court will discuss the status of case progression and the new trial and pretrial conference settings.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 30, 2018. Motions to compel Rule 33 through 36 discovery must be filed by September 13, 2018
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deposition deadline is October 1, 2018.

5) The deadline for filing motions to dismiss and motions for summary judgment is November 1, 2018.[1]

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 30, 2018.

March 30, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge