IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY E. COOK, an individual; | |
| Plaintiff, | **8:17CV174** |
| vs. | |
| ACELL, INC., Delaware corporation doing business in Nebraska; | **ORDER** |
| Defendant. | |

The court has been advised that the parties in the above-captioned matter have settled their claims. Counsel for the defendant orally moved, on behalf of the parties, for an extension of the dismissal papers deadline set in Filing No. 38. This request is granted.

Accordingly,

IT IS ORDERED that:

(1) On or before Monday April 15, 2019, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3) The clerk shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 14th day of March, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge